# EXHIBIT B

# KSL.com ADS

This is Google's cache of http://www.ksl.com/index.php?nid=218&ad=35740519. It is a snapshot of the page as it appeared on Aug 1, 2015 19:39:22 GMT.
The current page could have changed in the meantime. Learn more

**Full version**    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

KSL TV    KSL Newsradio    KSL Live!    KSL Shows    iWitness    Mobile        Login   Feedback   Contact Us

# » Classifieds

Enter Keyword    all of KSL

Utah   Features   U.S.   World   Sports   Weather   Traffic   Biz   Pics & Flix   Outdoors   Latino   BrandView     Classifieds   Cars   Homes   Jobs   Local   Deals

Classifieds   Cars   Homes   Jobs        Advanced Search   Help   My Ads   Place an Ad



Advertise with us              Report this ad

### General / Other



View Image »

| | |
|---|---|
| Ad Number: | 35740519 |
| Post Date: | Jul 31st, 2015 |
| Expire Date: | Aug 30th, 2015 |
| Days Online: | 2 days |
| Days Left: | 28 days |
| Listing Type: | Private |
| Page Views: | 65 |
| Sellers Account: | 2662 days old |

**$500.00**

### 12 x 16 shed built on site for Robert Duvall film make offers

Riverton, UT   84065   |   Jul 31, 2015

 Add to Favorites »

« Back to Listings

Built specifically for Robert Duvall film. All new material made to look old. Have missing pieces of tin for roof.
Make offers. Will need to dismantle and haul away.
Make great tool shed, shop or animal protection.

located in Riverton, Utah

801-230-9841

### Seller Contact Info

**Tamara**

Home 801-230-9841 | Email »

More Ads By Seller »

You may not contact this user to solicit commercial services or products. If you have been contacted for a commercial purpose please report it here.



#### Important Safety Tip

If you feel that this ad is miscategorized, duplicate, inappropriate, or fraudulent, report it by clicking here.

« Back to Listings

### Other Items From Your Search



KSL deals    Get the KSL Deals Email   Submit »

Paint Your Own Pottery
$30    Buy Now »

View All Deals »



Advertise with us      Report this ad



Legend
GRAND CHEROKEE SUMMIT
730 MILE HWY DRIVING RANGE+

Advertise with us      Report this ad

### Most Popular

**Read**   Video   Commented   Sports   Deseret News

1. Utah woman who embezzled $900K headed to ...
2. 3 teens arrested, rancher cleared after ...
3. 2 arrested in connection with shooting, ...
4. 42 'documented gang members' go on ...
5. Herriman man: Brain tumor felt like ...

6. Utah woman found dead in duffel bag in ...
7. Judge issues restraining order against ...
8. Possible resolution in 2nd trial for man ...
9. Roddy Piper, pro wrestling 'bad guy,' ...
10. Snowboarders fight to lift ban at Alta



## Site Index

**News**
Utah
  News
  Education
  KSL Investigates
  Your Life Your Health
  Staying Safe
  More on the web
Page Two
  Family
  Uplifting
  Lifestyle
  Outdoors & Recreation
  Religion
  LDS Life
  Politics
  Science & Tech
  Odds & Ends
  Gephardt Gets It!
  IWitness
National
World
Biz/Finance
Consumer

**Weather**
Forecasts
Current Conditions
VORTEX
Microcast
Water Watch
  Snowpack totals
  Ramp reports
  Lawn Watering guide
  Flood/Water Flow
Photo Galleries
Weather Planner
Weather Lab
Ask the Meteorologist
Ski Report
Weather on 5.3

**Traffic**
Traffic Cams

**Special Features**
General Conference

**Sports**
BYU
  Coach's Show
  Cougar Tracks
  My Cougar Stories
U of U
  Crimson Corner
USU
Jazz/NBA
  Schedule / Stats / Standings
  Blog
RSL
  Schedule / Stats / Standings
  Blog
Prep
  Schedule / Scoreboard / Standings
  KSL Coaches Poll
NFL
Golf Utah
Stats/Scores
Bleacher Reports

**Movies**
Movie/Theater Listings

**Shows**
Studio 5
KSL Outdoors w/ Adam Eakle
KSL 5 News Today
The Browser 5.0
Utah's Morning News
Doug Wright Show
The Browser
Utah's Afternoon News
Nightside Project
KSL Movie Show
KSL Outdoors
KSL Greenhouse Show
Matt Townsend Show
KSL Travel Show

**Classifieds**
General
Homes
Cars
Utah Jobs
Deals
Local
Help

**TV**
Bios
Schedule
Contests
More on the Web
Studio 5

**Radio**
Listen LIVE
Podcasts
Lineup
Bios
Shows
Features
  Speaking on Biz
  Teacher Feature
  Money Matters
  Utah Gives Back
Contests
Events

**Advertise with KSL**

**Other Resources**
Contact Us / Phone Numbers
Careers with KSL
Careers with DDM
Web Resources
Charity Account Form

**Mobile**
ksl.com mobile
KSL mobile apps
text alerts

**Legal**
Terms of Use
Privacy Statement
DMCA Notice
EEO Public File Report
FCC Public File
Closed Captioning Assistance

**Sister Sites**
FM100 / Arrow 103.5
Deseret News
Utah.com
Deseret Book

KSL's Children's Television Programming Reports as well as its FCC public inspection file are available for viewing during regular office hours at the KSL Broadcast House or online. The station representative who can assist a person with disabilities with issues related to the content of the public files is Mike Dowdle available during regular office hours at closed_captioning@ksl.com and (801) 575-5555.

© 2015 ksl.com | KSL Broadcasting Salt Lake City UT | Site hosted & managed by Deseret Digital Media – a Deseret Media Company v14

   

This is Google's cache of http://www.ksl.com/index.php?nid=218&ad=35740615. It is a snapshot of the page as it appeared on Jul 31, 2015 16 04 52 GMT.
The current page could have changed in the meantime. Learn more

**Full version**   Text-only version   View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

KSL TV   KSL Newsradio   KSL Live!   KSL Shows   iWitness   Mobile                Login   Feedback   Contact Us

» Classifieds

Enter Keyword | all of KSL

Utah   Page Two   U.S.   World   Sports   Weather   Traffic   Biz   Pics & Flix   Outdoors   Latino   BrandView      Classifieds   Cars   Homes   Jobs   Local   Deals

Classifieds   Cars   Homes   Jobs                Advanced Search   Help   My Ads   Place an Ad



# Furnished apartment

Find Fully Furnished Short Term Monthly Apartments in the Bay Area.

Advertise with us                Report this ad

Pets and Livestock / Pet Equipment and Supplies



**$500.00**

## 12 x 16 shed made for Robert Duvall film Make offer

Riverton, UT  84065  |  Jul 31, 2015

 Add to Favorites »

« Back to Listings



Get the KSL Deals Email  Submit »

Adult Group Piano - 44% off
$44   Buy Now »

View All Deals »

View Image »

| | |
|---|---|
| Ad Number: | 35740615 |
| Post Date: | Jul 31st, 2015 |
| Expire Date: | Aug 30th, 2015 |
| Days Online: | 1 days |
| Days Left: | 29 days |
| Listing Type: | Private |
| Page Views: | 22 |
| Sellers Account: | 2661 days old |

Built specifically for Robert Duvall film. All new material made to look old. Have missing pieces of tin for roof.
Make offers. Will need to dismantle and haul away.
Make great tool shed, shop or house animals, chicken coop, bunnies, dogs, horses, etc.

located in Riverton, Utah

801-230-9841

Seller Contact Info

**Tamara**

Home 801-230-9841 | Email »

More Ads By Seller »

You may not contact this user to solicit commercial services or products. If you have been contacted for a commercial purpose please report it here.

**Important Safety Tip**

This ad has been online for less than 24 hours. If you feel that this ad is miscategorized, duplicate, inappropriate, or fraudulent, report it by clicking here.


FLAG THIS AD»

Advertise with us                Report this ad

« Back to Listings

Other Items From Your Search

### This Week's Circulars



HOVER FOR CIRCULAR

DOLLAR GENERAL



HOVER FOR CIRCULAR

PHARMACA

Advertise with us                                Report this ad

## Most Popular

Read | Video  Commented  Sports  Deseret News

1. Siegfried and Jensen ordered to pay ...
2. Have you tried America's best pizza?
3. Man accused in night vision goggles case ...
4. Zimbabwe: American lion killer's ...
5. FBI: Suspect in Montana shooting says ...
6. Alleged child sex abuser on the run for ...
7. Family touched by tragedy gives back to ...
8. Shooting at convenience store not ...
9. Texas businessman finds cellphone that ...
10. Back to Beijing for 2nd Olympics in 14 ...



Advertise with us                                Report this ad

## Site Index

| News | Weather | Sports | Shows | TV | Advertise with KSL |
|---|---|---|---|---|---|
| Utah | Forecasts | BYU | Studio 5 | Bios |  |
| News | Current Conditions | Coach's Show | KSL Outdoors w/ Adam Eakle | Schedule | **Other Resources** |
| Education | VORTEX | Cougar Tracks | KSL 5 News Today | Contests | Contact Us / Phone Numbers |
| KSL Investigates | Microcast | My Cougar Stories | The Browser 5.0 | More on the Web | Careers with KSL |

Your Life Your Health
Staying Safe
More on the web
**Page Two**
Family
Uplifting
Lifestyle
Outdoors & Recreation
Religion
LDS Life
Politics
Science & Tech
Odds & Ends
Gephardt Gets It!
Witness
National
World
Biz/Finance
Consumer

Water Watch
Snowpack totals
Ramp reports
Lawn Watering guide
Flood/Water Flow
**Photo Galleries**
**Weather Planner**
**Weather Lab**
**Ask the Meteorologist**
**Ski Report**
**Weather on 5.3**

**Traffic**
Traffic Cams

**Special Features**
General Conference

U of U
Crimson Corner
USU
Jazz/NBA
Schedule / Stats / Standings
Blog
RSL
Schedule / Stats / Standings
Blog
Prep
Schedule / Scoreboard / Standings
KSL Coaches Poll
NFL
Golf Utah
Stats/Scores
Bleacher Reports

**Movies**
Movie/Theater Listings

Utah's Morning News
Doug Wright Show
The Browser
Utah's Afternoon News
Nightside Project
KSL Movie Show
KSL Outdoors
KSL Greenhouse Show
Matt Townsend Show
KSL Travel Show

**Classifieds**
General
Homes
Cars
Utah Jobs
Deals
Local
Help

Studio 5
**Radio**
Listen LIVE
Podcasts
Lineup
Bios
Shows
Features
Speaking on Biz
Teacher Feature
Money Matters
Utah Gives Back
Contests
Events

Careers with DDM
Web Resources
Charity Account Form

**Mobile**
ksl.com mobile
KSL mobile apps
text alerts

**Legal**
Terms of Use
Privacy Statement
DMCA Notice
EEO Public File Report
FCC Public File
Closed Captioning Assistance

**Sister Sites**
FM100 / Arrow 103.5
Deseret News
Utah.com
Deseret Book

KSL's Children's Television Programming Reports as well as its FCC public inspection file are available for viewing during regular office hours at the KSL Broadcast House or online.
The station representative who can assist a person with disabilities with issues related to the content of the public files is Mike Dowdle, available during regular office hours at closed_captioning@ksl.com and (801) 575-5555.

© 2015 ksl.com | KSL Broadcasting Salt Lake City UT | Site hosted & managed by Deseret Digital Media - a Deseret Media Company v06




