-18-

Ex. B., by knowingly bringing action on released claims violates Fed. R. Civ. P. 11 and entitles