JOANN SHIELDS (4664)
SHIELDS LAW FIRM, P.C.
13636 Vestry Road, Suite 1000
Draper, Utah   84020
Tel. (801) 816-9592
Fax (801) 816-9593
jshields@shieldslawfirm.net

*Attorneys for Plaintiffs Tamara Rae Larsen*
*and Riverbend Ranch Equestrian Center, LLC*

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| RIVERBEND RANCH EQUESTRIAN CENTER, LLC, a Utah Limited Liability Company; and TAMARA RAE LARSEN, an Individual,<br><br>         Plaintiffs,<br><br>vs.<br><br>ROBERT DUVALL, an individual; ROBERT CARLINER, an individual; WILD HORSES PRODUCTIONS ENTERTAINMENT LLC, a Canceled California Limited Liability Company; and JOHN DOE DEFENDANTS I - XX,<br>     Defendants. | **AMENDED STIPULATED MOTION FOR AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND AND REPLY TO MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM**<br><br>Civil No. 2:15-cv-00751-JNP-EJF<br><br>The Honorable Jill Parrish |

_____

Pursuant to DUCivR 77-2(a)(4), the parties, by and through their respective counsel of record, hereby submit the following AMENDED STIPULATED MOTION FOR AND

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND AND REPLY TO MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM.

1. On May 4, 2016, the counterclaimants moved for leave to file an amended counterclaim.

2. At the time of the filing, counsel for plaintiffs, Joann Shields, was out of the country and she did not return to her office until May 16, 2016, two days before the plaintiff's response to the motion was due.

3. While out of the country, Ms. Shields was in areas where Internet is spotty and/or inaccessible.

4. The plaintiffs' response date is May 18, 2017, and the defendants' reply date is June 1, 2016 — neither of which date has expired.

5. This is the first request for extension to respond and reply to a motion, and no trial date or other scheduling matters have been set.

6. In light of Ms. Shields' being out of the country when the motion was filed, the defendants stipulated to the extension to allow the plaintiffs adequate time to respond to the motion, which is effectively the same amount of time allowed under the Local Rules.

7. The extension is not sought for, and will not result in, delay of the case.

8. The parties agreed that the defendants would have 21 days to respond

9. The parties therefore jointly request that, based on good cause shown, the time for responding to the motion be extended to May 31, 2016, and the time for replying be extended to June 21, 2016.

## CONCLUSION

For good cause shown, the parties request that the current dates for responding and replying to the motion for leave to file an amended counterclaim respectively be extended to May 31, 2016, and June 21, 2016.

DATED this 18th day of May 2016.

                                              Respectively submitted,

                                              SHIELDS LAW FIRM, P.C.

                                              /s/ Joann Shields
                                              _____
                                              JOANN SHIELDS

                                              *Attorneys for Plaintiffs Tamara Rae Larsen*
                                              *and Riverbend Ranch Equestrian Center, LLC*

STIPULATED TO BY:

DAVIS WRIGHT TREMAINE LLP

/s/ Kelli L. Sager (Signed by Joann Shields with permission of Kelli Sager)
_____
KELLI L. SAGER
DIANIA PALACIOS

*Attorneys for Defendants Robert Carliner, Robert Duvall and*
*Wild Horses Productions Entertainment LLC*

## **ORDER**

Upon the parties' stipulation, and for good cause shown, the Court hereby GRANTS the motion and, regarding the motion for leave to file an amended counterclaim, ORDERS that the time for responding is extended to May 31, 2016, and the time for replying is extended to June 21, 2016.

    IT IS SO ORDERED.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE