**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| RIVERBEND RANCH EQUESTRIAN CENTER, LLC, a Utah Limited Liability Company; and TAMARA RAE LARSEN, an Individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT DUVALL, an individual; ROBERT CARLINER, an individual; WILD HORSES PRODUCTIONS ENTERTAINMENT LLC, a Canceled California Limited Liability Company; and JOHN DOE DEFENDANTS I - XX,<br><br>    Defendants. | **ORDER GRANTING PLAINTIFFS' FED. R. CIV. P. 6(b)(1)(B) MOTION FOR EXTENSION OF TIME**<br><br>Civil No. 2:15-cv-00751-JNP-EJF<br><br>District Judge Jill Parrish<br><br>Magistrate Judge Evelyn J. Furse |

___

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), this action is before the Court on PLAINTIFFS' FED. R. CIV. P. 6(b)(1)(B) MOTION FOR EXTENSION OF TIME.  For the reasons set out in the motion and good cause shown, the Court hereby extends the time for responding to the Renewed Motion for Leave to File Amended Counterclaim by Defendant Wild Horses Productions Entertainment LLC [DE 26] from March 27, 2017, to March 28, 2017.  The Court further orders that the Plaintiffs' Memorandum in Opposition to Renewed Motion for Leave to File Amended Counterclaim, dated March 28, 2017, be deemed timely filed.

IT IS SO ORDERED.

DATED this 28th day of March, 2017.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge