JENNIFER L. FALK (#4568)
STEVEN G. LOOSLE (#4874)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 East South Temple, Suite 2100
P. O. Box 45561
Salt Lake City, Utah 84145-0561
Telephone:  (801) 531-7090
Facsimile:  (801) 531-7091
Email:  JFalk@klmrlaw.com
Email:  SLoosle@klmrlaw.com

KELLI L. SAGER (*pro hac vice*)
MARY H. HAAS (*pro hac vice)*
DIANA PALACIOS (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:  kellisager@dwt.com
Email:  dianapalacios@dwt.com

Attorneys for Defendants Robert Duvall,
Robert Carliner, and Wild Horses Productions
Entertainment LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RIVERBEND RANCH EQUESTRIAN CENTER LLC, a Utah Limited Liability Company; and TAMARA RAE LARSEN, an Individual,<br><br>      Plaintiffs,<br><br> vs.<br><br>ROBERT DUVALL, an individual; ROBERT CARLINER, an individual; WILD HORSES PRODUCTIONS ENTERTAINMENT LLC, a Canceled California Limited Liability Company; and JOHN DOE DEFENDANTS I - XX,<br><br>      Defendants. | Civ. No.: 15-cv-00751-JNP-EJF<br><br>REQUEST FOR ENTRY OF JUDGMENT |
| AND RELATED COUNTERCLAIMS | |

TO: The Clerk

Pursuant to Fed. R. Civ. P. 68, Defendant Wild Horses Productions Entertainment LLC ("WHPE") submitted an Offer of Judgment to Plaintiffs Riverbend Ranch Equestrian Center LLC and Tamara Rae Larsen ("Plaintiffs") on May 2, 2017. Plaintiffs served WHPE with a timely acceptance of the offer and WHPE filed notice of the acceptance of the offer on June 27, 2017. See Dkt # 38. Pursuant to Fed. R. Civ. P. 68, after an offer of judgment has been timely accepted, "either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the Clerk shall enter judgment." A proposed form of judgment is attached as Exhibit 1.

DATED: July 10, 2017

        KRUSE LANDA MAYCOCK & RICKS, LLC
        JENNIFER L. FALK
        STEVEN G. LOOSLE

        DAVIS WRIGHT TREMAINE LLP
        KELLI L. SAGER
        MARY H. HAAS
        DIANA PALACIOS

        By:      /S/ Mary H. Haas
                  Mary H. Haas

        Attorneys for Defendants Robert Carliner, Robert Duvall, and Wild Horses Productions Entertainment LLC

1