IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RIVERBEND RANCH EQUESTRIAN CENTER LLC, a Utah Limited Liability Company; and TAMARA RAE LARSEN, an individual;<br><br>    Plaintiffs,<br>v.<br><br>ROBERT DUVALL, an individual; ROBERT CARLINER, an individual; WILD HORSES PRODUCTIONS ENTERTAINMENT LLC, a Canceled California Limited Liability Company; and JOHN DOE DEFENDANTS I –XX;<br><br>    Defendants. | **ORDER RE: MOTION FOR ENTRY OF JUDGMENT**<br><br>Case No. 2:15-cv-00751-JNP-EJF<br><br>District Judge Jill N. Parrish |

On May 2, 2017, Defendants Wild Horses Productions Entertainment LLC, Robert Duvall, and Robert Carliner submitted an Offer of Judgment pursuant to FED. R. CIV. P. 68 to Plaintiffs Riverbend Ranch Equestrian Center LLC and Tamara Rae Larsen. On May 18, 2017, Plaintiffs accepted the offer of judgment. Defendants filed a notice of the acceptance with the court on June 27, 2017. (Docket No. 38). On July 10, 2017, Defendant Wild Horses Productions Entertainment filed a Motion for Entry of Judgement reflective of the previous offer and acceptance. (Docket No. 39).

While the clerk of court is prepared to enter judgment pursuant to FED. R. CIV. P. 68(a), the proposed judgment appears to leave the fate of Defendants' remaining counterclaim in doubt. As it stands, were the clerk to enter judgment, the lawsuit would remain open and Defendants' counterclaim would continue as the animating claim.

Accordingly, prior to the clerk's entry of judgment, the court hereby **ORDERS** the parties to clarify their intention regarding the remaining counterclaim in writing, filed with the court, **by July 25, 2017**.

If the counterclaim is not meant to survive the entry of judgment, the parties may stipulate to an amendment of the proposed judgment or stipulate to the dismissal of the counterclaim without amending the judgment. In any event, one or the other party must submit a written explanation of the parties' intention regarding the counterclaim as ordered above.

IT IS SO ORDERED.

Signed this 18th day of July, 2017.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge